95–1356. State v. Snowden. *Montgomery County,* No. 14107. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.